UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN TUPY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIZENS DISABILITY,<br><br>　　　　　Defendant. | No.  2:23-cv-01038-DJC-AC (PS)<br><br><br>ORDER |

Parties have filed a notice of settlement and a stipulation to dismiss this action. (ECF Nos. 6, 7.) Accordingly, parties' stipulated dismissal is approved and IT IS HEREBY ORDERED that this action, including all claims and counterclaims herein, is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **July 10, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Tupy23cv01038.dism